## SOUTHERN NEW ENGLAND TELEPHONE COMPANY *v*. DEPARTMENT OF PUBLIC UTILITY CONTROL

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 134 (AC 21212), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly dismissed the plaintiff's administrative appeal?"

The Supreme Court docket number is SC 16582.

*Ralph G. Elliot*, in support of the petition.

Decided September 20, 2001

## SUFFIELD DEVELOPMENT ASSOCIATES LIMITED PARTNERSHIP *v*. NATIONAL LOAN INVESTORS, L.P., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 192 (AC 21253), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff had not sufficiently alleged facts constituting causes of action for: (1) abuse of process; (2) fraudulent misrepresentation; or (3) violation of the Connecticut Unfair Trade Practices Act?"

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16586.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the petition.

*Kerry R. Callahan* and *Donald C. Mahoney*, in opposition.

Decided September 20, 2001